UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAINT JERMAINE ENDELEY, <br><br> Plaintiff, <br><br> -against- <br><br> HERITAGE ENERGY OPERATIONAL SERVICES LIMITED, <br><br> Defendant. | 25-cv-5591 (KMW) <br><br> CIVIL JUDGMENT |

For the reasons stated in the November 10, 2025, order, the Court dismisses Plaintiff's claims without prejudice for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3).

Plaintiff is warned that if he persists in filing IFP complaints that lack merit or over which the court lacks subject matter jurisdiction, he may be ordered to show cause why he should not be barred from filing any future IFP complaints against any defendant without prior leave of court.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  November 12, 2025
        New York, New York

                                                 /s/ Kimba M. Wood
                                                    KIMBA M. WOOD
                                        United States District Judge